# EXHIBIT  B

# EXHIBIT  B

# EXHIBIT  B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------X

SARA YAKIN,

                                Docket No.
        Plaintiff,

    -against-

TYLER HILL CAMP, INC.,
TYLER HILL CORPORATION,
TIMBER LAKE CORPORATION,
TIMBER LAKE CAMP WEST CORPORATION,
TIMBER LAKE CENTERS, INC.,
TLC KIDS GROUP, INC., and
TIMBERLAKE MANAGEMENT CORP.,

        Defendants.

---------------------------------------X


## DECLARATION OF JAY S. JACOBS

The undersigned, JAY S. JACOBS, hereby makes the following affirmation under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.    I am employed by the defendant TYLER HILL CORPORATION and hold the position of Executive Director. I am authorized to submit this declaration on behalf of TYLER HILL CORPORATION and I make this declaration based upon my personal knowledge or upon a review of the books and records of TYLER HILL CORPORATION.

2.   At all times relevant to this litigation, TYLER HILL

CORPORATION has been a corporation duly authorized and

existing under the laws of the Commonwealth of

Pennsylvania.

3.   At all times relevant to this litigation, TYLER HILL

CORPORATION has operated a summer camp for children

(known as the Tyler Hill Camp) in Tyler Hill, Wayne

County, Pennsylvania.   The address of the camp and its

offices is 1017 Cochecton Turnpike, Tyler Hill,

Pennsylvania.   This office is the headquarters and

principal place of business of TYLER HILL CORPORATION,

as all activity relevant to camp administration is

conducted through this office.   TYLER HILL

CORPORATION's sole endeavor is the operation of this

one camp in Tyler Hill, Pennsylvania.

4.   Although TYLER HILL CORPORATION has a "winter office"

located at 85 Crescent Beach Road, Glen Cove, New

York, the New York office is neither the headquarters

nor the principal place of business of TYLER HILL

CORPORATION.   The winter office in New York merely

serves to accept enrollment applications, etc. during

the off-season.   TYLER HILL CORPORATION's camp

2

activities are exclusively conducted through its
office at the Tyler Hill Camp in Pennsylvania, and
such activities are exclusively conducted during the
summer months.

5.   None of the other defendants named in this lawsuit
have anything to do with the operation of the Tyler
Hill Camp.  Specifically, none of the other defendants
named in this lawsuit have anything to do with
plaintiff SARA YAKIN's application to the Tyler Hill
Camp, her enrollment in the Tyler Hill Camp, any
advertising for the Tyler Hill Camp, the operation or
maintenance of the Tyler Hill Camp, the ownership of
Tyler Hill Camp property, the employment of the camp
counselors at the Tyler Hill Camp, or the ownership,
operation, and maintenance of any water sports vehicle
used by the Tyler Hill Camp or its employees.

6.   Upon information and belief, the named defendant TYLER
HILL CAMP, INC. is a Pennsylvania entity with its
principal place of business in Pennsylvania.  TYLER
HILL CAMP, INC. is not a corporation involved in any
way with the operation of the Tyler Hill Camp at any
time relevant to this litigation.  Upon information
and belief, TYLER HILL CAMP, INC. may be the name of

3

the corporation which owned Tyler Hill Camp prior to TYLER HILL CORPORATION.  This purchase took place in 1991, well before plaintiff's accident as alleged in the Complaint.

7.   The remaining defendants, TIMBER LAKE CORPORATION, TIMBER LAKE CAMP WEST CORPORATION, TIMBER LAKE CENTERS, INC., TLC KIDS GROUP, INC. and TIMBER LAKE MANAGEMENT CORP. (incorrectly sued as TIMBERLAKE MANAGEMENT CORP.) likewise have no connection to the events in this lawsuit.  I hold the office of President for each of these entities, all of whom are incorporated within the State of New York.  These corporate entities are involved in the operation of other camps, namely the Timber Lake Camp located in Shandaken, New York and the Timber Lake West Camp located in Roscoe, New York.  None of these entities have any involvement in the operation of the Tyler Hill Camp in Pennsylvania.  Plaintiff's alleged accident occurred at the Tyler Hill Camp in Pennsylvania, not the Timber Lake Camp or the Timber Lake West Camp in upstate New York.

4

8.  While the plaintiff's Complaint is sparse as to
    details concerning herself and the accident,
    enrollment papers in the possession of Tyler Hill Camp
    indicate that plaintiff was born on May 28, 1986.  The
    papers also indicate that as of 1999, the plaintiff's
    residence was Cortlandt Manor, New York.  The
    defendants have no reason to believe that plaintiff's
    birthdate is incorrect or that the plaintiff's
    residence is anything other than within the State of
    New York.

9.  While plaintiff does not detail the specifics of her
    injury, documents in the possession of Tyler Hill Camp
    indicate that as a result of the incident on July 2,
    1999, the plaintiff allegedly fractured her right
    clavicle and she was initially treated for her injury
    at the Wayne Memorial Hospital in Honesdale,
    Pennsylvania.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
AND CORRECT.

Executed on June 15, 2007
Shandaken, New York

_____
JAY S. JACOBS,
Executive Director,
TYLER HILL CORPORATION

5