UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SARA YAKIN,

       Plaintiff,

                   **OPINION & ORDER**
                   07-CV-2444 (SJF) (WDW)

  -against-

TYLER HILL CAMP, INC., TYLER HILL
CORP., TIMBER LAKE CORP., TIMBER LAKE
CAMP WEST CORP., TIMBER LAKE CENTERS, INC.,
TLC KIDS GROUP, INC., and TIMBERLAKE
MANAGEMENT CORP.,

       Defendants.
---------------------------------------------------------------X

FEUERSTEIN, J.

  The Court is in receipt of plaintiff's motion to remand dated July 16, 2007 (ct. doc. 13). Pursuant to paragraphs 4(B) & (D) of the Individual Practices of this Court, a movant is directed to file a copy of the cover letter only with the Court, and submit the papers to the Court only after the motion has been fully briefed. Because plaintiff's motion was submitted prior to becoming fully briefed, it is hereby DENIED WITHOUT PREJUDICE, and plaintiff is directed to re-file and submit the motion in accordance with this Court's practices.

S/sjf
_____
Sandra J. Feuerstein
United States District Judge

Dated: July 17, 2007
   Central Islip, New York